FILED16 OCT '26 11:18USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNDER SEAL

UNITED STATES OF AMERICA

v.

JEANNIE LEE CRANE,

Defendant.

3:26-cr-00431-AN

INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(C)
21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Forfeiture Allegations

UNDER SEAL

THE GRAND JURY CHARGES:

COUNT 1
(Distribution of a Controlled Substance- Cocaine)
(21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about September 15, 2026, in the District of Oregon, defendant **JEANNIE LEE CRANE** did knowingly possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 2**
**(Distribution of a Controlled Substance- Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))**

On or about September 21, 2026, in the District of Oregon, defendant **JEANNIE LEE CRANE,** did knowingly distribute 50 grams or more of mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

**FIRST FORFEITURE ALLEGATION**

Upon conviction of Count 1-2, defendant **JEANNIE LEE CRANE** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: October 15, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT BRADFORD
United States Attorney

NICOLE BOCKELMAN, OSB # 105934
Assistant United States Attorney